25406. GALLIMORE *v.* THE STATE.

MACINTYRE, J. 1. The defendant's challenge to the array of jurors put upon him, and his plea to the jurisdiction, were without merit. The same questions were presented in *Peacock* v. *State,* ante, 599.

2. The evidence authorized the verdict, and the court did not err in over-ruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JULY 6, 1936.

*W. A. Dampier,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.